UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
COUNTY OF
-------------------------------------------------------------------------------X  Index No.   08 CV 03178
SHARON SHAWN JAMAIL, Individually And On Behalf of All Others
Similarly Situated,

                        Plaintiff(s)

     Against                                                                   Affidavit of Service of

MORGAN STANLEY, ET AL,                                                 Summons and Complaint

                        Defendant(s)
-------------------------------------------------------------------------------X
STATE OF NEW YORK, COUNTY OF NEW YORK, SS:

The undersigned, being duly sworn, deposes and says: deponent is not a party herein, is over 18 years of age and resides at BRONX, NY

That on April 09, 2008 at 03:00 PM at the address
      CT CORPORATION
      111 EIGHT AVENUE
      NEW YORK, NY 10011

deponent served the within Summons and Complaint

UPON: **MORGAN STANLEY**

By personally delivering a true copy of the Summons and Complaint to SATI JAIRAM, managing agent thereof.

Deponent describes the person actually served as follows:
SEX:    FEMALE
SKIN:   Brown
HAIR:   Brown
AGE:    36-50
HEIGHT: 5'9"-6'0"
WEIGHT: 131-160
OTHER FEATURES: Glasses

I asked the person spoken to whether said served was in active military service of the United States or of the State of New York in any capacity whatsoever and received a negative response. Said served wore ordinary civilian clothing and no military uniform. The grounds of this belief and the source of my information in this regard are the observations and conversations accounted above. Hence, upon information and belief, I assert that the recipient is not in military service of the United States or of New York State as the term is defined in the state or in the Federal statutes.

                                                                                                           ANGELO RODRIGUEZ
Sworn to before me this    22nd day of April, 2008                   LICENSE NO.: 1000177

REGENIA HYMAN
NOTARY PUBLIC, STATE OF NEW YORK
NO: 01HY6045811
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES: July 31, 2010

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
COUNTY OF
-------------------------------------------------------------------------------------X   Index No.    08 CV 03178
SHARON SHAWN JAMAIL, Individually And On Behalf of All Others
Similarly Situated,

                        Plaintiff(s)
      Against                                                                                  Affidavit of Service of

MORGAN STANLEY, ET AL,                                                    Summons and Complaint

                       Defendant(s)
-------------------------------------------------------------------------------------X
STATE OF NEW YORK, COUNTY OF NEW YORK, SS:

The undersigned, being duly sworn, deposes and says: deponent is not a party herein, is over 18 years of age and resides at BRONX, NY

That on April 09, 2008 at 03:00 PM at the address
      CT CORPORATION
      111 EIGHT AVENUE
      NEW YORK, NY 10011

deponent served the within Summons and Complaint

UPON:  **MORGAN STANLEY & CO., INC.**

By personally delivering a true copy of the Summons and Complaint to SATI JAIRAM, managing agent thereof.

Deponent describes the person actually served as follows:
SEX:      FEMALE
SKIN:     Brown
HAIR:     Brown
AGE:      36-50
HEIGHT:  5'9"-6'0"
WEIGHT:  131-160
OTHER FEATURES:  Glasses

I asked the person spoken to whether said served was in active military service of the United States or of the State of New York in any capacity whatsoever and received a negative response. Said served wore ordinary civilian clothing and no military uniform. The grounds of this belief and the source of my information in this regard are the observations and conversations accounted above. Hence, upon information and belief, I assert that the recipient is not in military service of the United States or of New York State as the term is defined in the state or in the Federal statutes.

                                                                           ANGELO RODRIGUEZ
Sworn to before me this    22nd day of April, 2008              LICENSE NO.: 1000177

REGENIA HYMAN
NOTARY PUBLIC, STATE OF NEW YORK
NO: 01HY6045811
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES: July 31, 2010