UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| SHARON SHAWN JAMAIL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MORGAN STANLEY and MORGAN STANLEY & CO. INC.,<br><br>Defendants. | Civil Action No.<br>08-CV-3178 (AKH) (RLE) |

### STIPULATION AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED, by and between the undersigned counsel for the parties herein, that:

(a) Cadwalader, Wickersham & Taft LLP is authorized to accept on behalf of defendants Morgan Stanley and Morgan Stanley & Co. Incorporated ( "Defendants"), and does hereby accept, service of the summons and complaint in this action without prejudice and without waiver of Defendants' defenses except as to sufficiency of service of process;

(b) Defendants need not move, answer, or otherwise respond to the complaint filed in this matter until the Court enters an order appointing lead plaintiff and lead plaintiff's counsel and consolidating this case and any related cases. After the Court enters that order, lead counsel will confer with Defendants' counsel regarding the schedule for the filing of a consolidated amended complaint, and for the filing of Defendants' response to that complaint. The parties will then file an additional stipulation and proposed order to be approved by the Court.

Dated:   New York, New York
         April 24, 2008

USActive 12516082.2

**CADWALADER, WICKERSHAM & TAFT LLP**

By: *Ronit Setton*

Gregory A. Markel
Ronit Setton
One World Financial Center
New York, New York 10281
Telephone:    (212) 504-6000
Facsimile:    (212) 504-6666

*Attorneys for Defendants Morgan Stanley and Morgan Stanley & Co. Incorporated*

**SEEGER WEISS LLP**

By: *Steve Weiss /RS*

Christopher A. Seeger
Stephen A. Weiss
David R. Buchanan
One William Street, 10th Floor
New York, NY 10004
Telephone:    (212) 584-0700
Facsimile:    (212) 584-0799

Daniel C. Girard
Jonathan K. Levine
Aaron M. Sheanin
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone:    (415) 981-4800
Facsimile:    (415) 981-4846

Norman E. Siegel
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone:    (816) 714-7100
Facsimile:    (816) 714-7101

*Attorneys for Plaintiff*

SO ORDERED: _____
U.S.D.J.

7/18/08

USActive 12516082.2