Christopher A. Seeger, Esq.
Stephen A. Weiss, Esq.
SEEGER WEISS LLP
One William Street
New York, NY 10004
Tel. (212) 584-0700
Fax. (212) 584-099

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Sharon Shawn Jamail, Individually And On Behalf of All Others Similarly Situated, | ) ) ) ) ) | |
| | | **Civil Action No: 08-cv-03178** |
| Plaintiff, | ) ) ) | **PLAINTIFF'S MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |
| v. | ) ) ) | ELECTRONICALY FILED CASE |
| Morgan Stanley and Morgan Stanley & Co., Inc., | ) ) | |
| Defendants. | ) ) ) | |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United Stated District Courts for

the Southern and Eastern Districts of New York, I, Stephen A. Weiss, a member in good

standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice*

of the following two attorneys of the same firm:

Applicants' Names: NORMAN E. SIEGEL and MATTHEW L. DAMERON
Firm Name:        Stueve Siegel Hanson LLP
Address:          460 Nichols Road, Suite 200
City/State/Zip:   Kansas City, Missouri 64112
Tel:              (816) 714-7170
Fax:              (816) 714-7101

NORMAN E. SIEGEL is a member in good standing of the United States District Court for the District of Kansas and the Western District of Missouri. There are no pending disciplinary proceedings against Mr. Siegel in any State or Federal Court.

MATTHEW L. DAMERON is a member in good standing of the United States District Court for the District of Kansas and the Western District of Missouri. There are no pending disciplinary proceedings against Mr. Dameron in any State or Federal Court. Attached hereto as Exhibit A are original certificates of good standing for Mr. Siegel and Mr. Dameron from the U.S. District Court of Kansas and the Western District of Missouri.

Dated: May 29, 2008
New York, New York

Respectfully submitted,

Stephen A. Weiss (SW-3520)
Christopher A. Seeger (CS-4880)
SEEGER WEISS LLP
One William Street
New York, NY 10004
(212) 584-0700 telephone
(212) 584-0799 facsimile
sweiss@seegerweiss.com
cseeger@seegerweiss.com

2

Christopher A. Seeger, Esq.
Stephen A. Weiss, Esq.
SEEGER WEISS LLP
One William Street
New York, NY 10004
Tel. (212) 584-0700
Fax. (212) 584-099

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Sharon Shawn Jamail, Individually<br>And On Behalf of All Others Similarly Situated, | ) ) ) | |
| | ) ) ) | **Civil Action No: 08-cv-03178** |
| Plaintiff, | ) ) | **AFFIDAVIT OF STEPHEN A. WEISS**<br>**IN SUPPORT OF MOTION TO ADMIT**<br>**COUNSEL *PRO HAC VICE*** |
| v. | ) ) ) | |
| Morgan Stanley and Morgan Stanley & Co., Inc., | ) ) | ELECTRONICALY FILED CASE |
| Defendants. | ) ) ) | |

State of New York    )
                     )    ss:
County of New York   )

Stephen A. Weiss, being duly sworn, hereby deposes and says as follows:

1.    I am a partner at the law firm of Seeger Weiss LLP, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of plaintiff's motion to admit Norman E. Siegel and Matthew L. Dameron, of the firm Stueve Siegel Hanson LLP, as counsel *pro hac vice* to represent the Plaintiff in this matter.

2.    I am a member in good standing of the bar of the State of New York, and was admitted to practice law in June 1992.  I am also admitted to the bar of the United States District Court for the Southern and Eastern District of New York, and am in good standing thereof.

3.    Norman E. Siegel is a partner of the law firm Stueve Siegel Hanson LLP.

4.    Matthew L. Dameron is an associate with the law firm Stueve Siegel Hanson LLP

5.    Although I have known Norman Siegel and Matthew L. Dameron for a short time, I have known of their firm, Stueve Siegel Hanson LLP, for a considerably long period of time and can attest to Mr. Siegel's and Mr. Dameron's fine qualities as skilled attorneys and persons of integrity.   They are experienced in Federal practice and are familiar with the Federal Rules of Civil Procedure.

6.    Accordingly, I am pleased to move the admission of Norman E. Siegel and Matthew L. Dameron, *pro hac vice*.  A proposed order is attached hereto as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit Norman E. Siegel and Matthew L. Dameron to represent the Plaintiff in the above captioned matter, be granted.

Dated:  May 29, 2008
New York, New York

Respectfully submitted,

Stephen A. Weiss (SW-3520)
Christopher A. Seeger (CS4880)
SEEGER WEISS LLP
One William Street
New York, NY 10004
(212) 584-0700 telephone
(212) 584-0799 facsimile

2

Sworn before me this

<u>29th</u>   day of May 2008

_____

NOTARY PUBLIC

Jose D. Mora
Notary Public State of New York
No. 03-6062383 Qualified in Bronx County
Certificate Filed in New York County
Commission Expires August 6, 2009

## CERTIFICATE OF SERVICE

J. Daniel Mora, being duly sworn, hereby deposes and says:

I am over the age of eighteen years and not a party to the within action and am

employed by the firm Seeger Weiss LLP, counsel for the plaintiff.

On May 29, 2008 I cause a true and correct copy of the foregoing

**PLAINTIFF'S MOTION TO ADMIT COUNSEL *PRO HAC VICE***, to be served via U.S. Mail,

with proper postage prepaid on all counsel of record at the following addresses:

Gregory A. Markel
Ronit Setton
**Cadwalader, Wickersham & Taft LLP**
One World Financial Center
New York, NY 10281
Tel.: 212-504-6000

Attorneys for Defendant Morgan Stanley and Morgan Stanley & Co. Incorporated


Dated:  May 29, 2008

 

_____
J. Daniel Mora

# EXHIBIT A

# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**      )
                               )     SS.

**WESTERN DISTRICT OF MISSOURI**      )

I, Patricia L. Brune, Clerk of the United States District Court for the Western District of Missouri,

DO HEREBY CERTIFY that Norman E. Siegel was duly admitted to practice in said Court on October 8, 1993.

Norman E. Siegel is currently in an active status and has not been disciplined by this Court.

Dated at Kansas City, Missouri
on May 21, 2008

Patricia L. Brune, Clerk

By *Alexandra Francis*
Alexandra Francis, Deputy Clerk

:goodst.att

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

#### DISTRICT OF          KANSAS

## CERTIFICATE OF
## GOOD STANDING

I,          TIMOTHY M. O'BRIEN          , *Clerk of this Court,*

*certify that*     Norman E. Siegel     , *Bar #*          70354          ,

*was duly admitted to practice in this Court on*

          July 31, 1998          , *and is in good standing*
                    DATE

*as a member of the Bar of this Court.*

*Dated at*     Kansas City, Kansas     *on*     May 22, 2008     .
                LOCATION                         DATE

TIMOTHY M. O'BRIEN
*CLERK*

*DEPUTY CLERK*

# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**          )
                                      )          SS.
**WESTERN DISTRICT OF MISSOURI**      )

I, Patricia L. Brune, Clerk of the United States District Court for the Western District of Missouri,

DO HEREBY CERTIFY that Matthew L. Dameron was duly admitted to practice in said Court on October 25, 2002.

Matthew L. Dameron is currently in an active status and has not been disciplined by this Court.

Dated at Kansas City, Missouri
on May 21, 2008

Patricia L. Brune, Clerk

By _Alexandra Francis_
Alexandra Francis, Deputy Clerk

:goodst.att

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ KANSAS _____

## CERTIFICATE OF GOOD STANDING

I, _____ TIMOTHY M. O'BRIEN _____ , *Clerk of this Court,*

*certify that* __ Matthew L. Dameron __ , *Bar #* _____ 21071 _____ ,

*was duly admitted to practice in this Court on*

_____ April 25, 2003 _____ , *and is in good standing*
DATE

*as a member of the Bar of this Court.*

*Dated at* _____ Kansas City, Kansas _____ *on* _____ May 22, 2008 _____ .
LOCATION                DATE

_____ TIMOTHY M. O'BRIEN _____
CLERK

_____ _____
DEPUTY CLERK

# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Sharon Shawn Jamail, Individually <br> And On Behalf of All Others Similarly Situated, <br><br><br> Plaintiff, <br><br> v. <br><br> Morgan Stanley and Morgan Stanley & Co., Inc., <br><br> Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No: 08-cv-03178

**ORDER FOR ADMISSION**
**PRO HAC VICE ON**
**WRITTEN MOTION**

ELECTRONICALY FILED CASE

Upon the motion of Stephen A. Weiss, attorney for plaintiff Sharon Shawn Jamail, and said

sponsor of attorney's affidavit in support;

          **IT IS HEREBY ORDERED** that

                    NORMAN E. SIEGEL & MATTHEW L. DAMERON
                    Stueve Siegel Hanson
                    460 Nichols Road Suite, 200
                    Kansas City, Missouri
                    Email: siegel@stuevesiegel.com
                            mdameron@stuevesiegel.com

are admitted to practice *pro hac vice* as counsel for Sharon Shawn Jamail, in the above captioned

case in the United States District Court for the Southern District of New York. All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules

governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF)

system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel

shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated:  June _____, 2008

New York, New York

By:    _____
       United States District Court Judge