SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/17/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sharon Shawn Jamail, et al.        Plaintiff,

- against -

Morgan Stanley and Morgan        Defendant.
Stanley & Co., Inc.,

08  cv  03178   (AKH)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of  Jonathan K. Levine  attorney for  Plaintiff, Sharon Shawn Jamail

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Applicant's Name:   Daniel C. Girard

Firm Name:          Girard Gibbs LLP

Address:            601 California Street, Suite 1400

City/State/Zip:     San Francisco, CA  94108

Telephone/Fax:      (415) 981-4800

Email Address:      dcg@girardgibbs.com

is admitted to practice pro hac vice as counsel for   Plaintiff, Sharon Shawn Jamail   in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 6-17-08
City, State: New York, NY

United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $           SDNY RECEIPT#
SDNY Form Web 10/2006