UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Gary *Miller*, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>   -against-<br><br>Morgan Stanley & Co. Incorporated,<br><br>        Defendant. | 08 CV 3012 (AKH) |
| Sharon Shawn *Jamail*, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   -against-<br><br>Morgan Stanley and Morgan Stanley & Co. Incorporated,<br><br>        Defendants. | 08 CV 3178 (AKH) |
| James R. *Bartholomew*, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>   -against-<br><br>Morgan Stanley and Morgan Stanley & Co. Incorporated,<br><br>        Defendants. | 08 CV 4910 (AKH) |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT MORGAN STANLEY**

-2-

Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel of record for Defendants Morgan Stanley and Morgan Stanley & Co. Incorporated hereby states that Morgan Stanley is a publicly traded corporation with no parent corporation. State Street Bank and Trust Company holds as an institutional investment manager more than 10% of Morgan Stanley's common stock.

Dated:   July 2, 2008
         New York, New York

                                     **CADWALADER, WICKERSHAM & TAFT LLP**

                                     By:  */s/ Gregory A. Markel*
                                         Gregory A. Markel
                                         Ronit Setton
                                         One World Financial Center
                                         New York, New York 10281
                                         Telephone:  (212) 504-6000
                                         Facsimile:  (212) 504-6666

                                       *Attorneys for Defendants Morgan Stanley and Morgan Stanley & Co. Incorporated*